THE VILLAGE OF SARANAC LAKE, Appellant, *v.* PAUL SMITH'S ELECTRIC LIGHT AND POWER AND RAILROAD COMPANY, Respondent.

*Appeal dismissed — final judgment entered after reversal of interlocutory judgment.*

*Village of Saranac Lake* v. *Paul Smith's El. L. & P. & R. R. Co.*, 183 App. Div. 620, appeal dismissed.

(Argued September 30, 1920; decided October 5, 1920.)

MOTION to dismiss an appeal from a judgment entered December 12, 1919, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

The motion was made upon the ground that no author-

ity exists for an appeal direct to the Court of Appeals from a final judgment entered after reversal of interlocutory judgment.

*J. M. Cantwell* for motion.

*Ray B. Smith* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.